UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN MANUELE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:10 CV 1655 RWS |
| CITY OF JENNINGS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Defendants' Motion for Leave to File Memorandum of Law in Support of Partial Motion for Summary Judgment in Excess of Page Limit [#57]. "No party shall file any motion, memorandum or brief which exceeds fifteen (15) numbered pages, exclusive of the signature page and attachments, without leave of Court." E.D. Mo. L.R. 4.01(D). Defendants' Motion requests leave to file an eighty (80) page memorandum of law. I will grant Defendant leave to file a memorandum in excess of fifteen (15) pages, however, Defendants' memorandum shall not exceed thirty (30) pages. Additional briefing or oral argument may be ordered, if necessary, upon my review of the briefs submitted.

Accordingly,

**IT IS HEREBY ORDERED that** Defendants' Motion for Leave [#57] is **GRANTED** in part and **DENIED** in part as indicated above.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2011.