IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN MANUELE, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 4:10-CV-01655 RWS |
| CITY OF JENNINGS, et al. | ) |
|     Defendants. | ) |

**JOINT MOTION TO PASS CASE TO THE DISMISSAL DOCKET
PENDING COMPLETION OF SETTLEMENT**

COME NOW the Parties, by and through the respective counsel, and for this Motion to Pass Case to the Dismissal Docket Pending Completion of Settlement, state as follows:

1. The parties in this case have come to a settlement of this case and the issues in the case are now resolved.

2. The parties ask that this Court remove this case from its regular docket and pass this case to a dismissal docket pending final resolution, pursuant to an agreed upon and formal settlement agreement.

WHEREFORE, the parties request that this court pass this case to the dismissal docket and for such other and further relief that this court deems just and proper.

Respectfully Submitted:

/s/_____Kevin Dolley_____
Kevin J. Dolley, USDC No. #54132MO
Law Office of Kevin J. Dolley, LLC
34 N. Brentwood Blvd., Suite 207
St. Louis MO 63105
Phone: (314) 645-4100
Fax:    (314) 647-4300
Kevin@dolleylaw.com

and

/s/       Mick Henderson              
A. Mick Henderson, #62163
Federal Registration No. 5246070
Henderson & Waterkotte, P.C.
7750 Clayton Rd., Suite 209
St. Louis, MO 63117
Phone: (314) 645-4400
Fax:    (314) 448-1926
mail: amh@hendersonlawpc.com

*Attorneys for Plaintiff Brian Manuele*

Respectfully submitted,

PAULE, CAMAZINE, AND BLUMENTHAL
   *A Professional Corporation*


By:    /s/ D. Keith Henson                
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
St. Louis (Clayton), MO 63105
Telephone: (314) 727-2266
Facsimile: (314) 727-2101
E-Mail: khenson@pcblawfirm.com

*Attorney for Defendants*