IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN MANUELE,                                    ) | |
| ) | |
| Plaintiff,                              ) | |
| ) | |
| v.                                                              ) | Case No.:      4:10-CV-01655 RWS |
| ) | |
| CITY OF JENNINGS, *et al.*,                 ) | |
| ) | |
| Defendants.                         ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Brian Manuele, by and through counsel, and Defendants Robert J. Orr, in his individual capacity and official capacity as Chief of Police of the City of Jennings, Missouri, Richard G. Walsh, in his individual capacity and in his official capacity as Assistant Chief of Police and Lieutenant Colonel of the City of Jennings, Missouri, Benjamin Sutphin, in his individual capacity and in his official capacity as Mayor of the City of Jennings, Missouri, Allan D. Stichnote, Dennis Campbell, David Schmerber, Rodney Epps, and Yolonda Fountain-Henderson, in each of their individual capacities and each of their capacities as City Councilpersons and members of the City Council of the City of Jennings, Missouri, and the City of Jennings, Missouri, by and through counsel, hereby stipulate and agree that the above-captioned case is dismissed with prejudice with each party to bear, and be responsible to pay, their own attorney fees and costs incurred in this case.

Respectfully submitted,

LAW OFFICE OF KEVIN J. DOLLEY, LLC


By: /s/ Kevin J. Dolley
    Kevin J. Dolley, #55132MO
    34 North Brentwood Blvd., Suite 207
    Clayton, MO 63105
    Telephone: (314) 645-4100
    Facsimile: (314) 647-4300
    E-Mail: dolleylaw@yahoo.com
    Attorney for Plaintiff Brian Manuele

HENDERSON & WATERKOTTE, P.C.


By: /s/ A. Mick Henderson
    A. Mick Henderson, #62163MO
    7750 Clayton Road, Suite 209
    St. Louis, MO 63117
    Telephone: (314) 645-4400
    Facsimile: (314) 448-1926
    E-Mail: amh@hendersonlawpc.com
    Attorney for Plaintiff Brian Manuele

PAULE, CAMAZINE, & BLUMENTHAL, P.C.
  *A Professional Corporation*


By: /s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    St. Louis (Clayton), MO 63105
    Telephone: (314) 727-2266
    Facsimile: (314) 727-2101
    E-Mail: khenson@pcblawfirm.com
    Attorney for Defendants Robert J. Orr, Richard G. Walsh, Benjamin Sutphin, Allan D. Stichnote, Dennis Campbell, David Schmerber, Rodney Epps, Yolonda Fountain-Henderson, and the City of Jennings, Missouri